Laurence F. Padway (SBN 083914)
Costa Nikoloutsopoulos (SBN 248905)
Law Offices of Laurence F. Padway
1516 Oak Street, Suite 109
Alameda, California 94501
Telephone: (510) 814-6100
Facsimile: (510) 814-0650

Attorneys for Plaintiff,
Bud Minton

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUD MINTON,<br><br>Plaintiff,<br><br>vs.<br><br>DELOITTE AND TOUCHE USA LLP PLAN,<br><br>Defendant, | CASE NO. C08-01941<br><br>PROOF OF SERVICE<br>SUMMONS IN A CIVIL ACTION |
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Real Party in Interest. | |

I declare under penalty of perjury that I mailed the summons and complaint in this case on April 16th, 2008 by certified mail with a requested return receipt in accordance with CCP 415.40.

Attached are the executed return receipts as addressed to each defendant.

Dated: April 28, 2008

_____
Susan A. Pope - Legal Assistant

1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Shalon Woozle_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>_Shalon_                        _4/3/18_ |
| 1. Article Addressed to:<br><br>DELOITTE + TOUCHE LLP PLAN<br>1633 BROADWAY<br>NY, NY 10019-6754 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | |

PS Form 3811, August 2001    _Minton_    Domestic Return Receipt    2ACPRI-03-Z-0985

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *F. Green*  ☐ Agent  ☒ Addressee<br>B. Received by (*Printed Name*)   C. Date of Delivery<br>*F. Green*   4/22/08 |
| 1. Article Addressed to:<br><br>METROPOLITAN LIFE INS. CO.<br>ONE MADISON AVE.<br>NEW YORK, NY 10010 | D. Is delivery address different from item 1?  ☐ Yes<br>   if YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail    ☐ Express Mail<br>  ☐ Registered       ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)   ☐ Yes |

2. Article Number
   (Transfer from service label)

PS Form 3811, August 2001  *MINTON*   Domestic Return Receipt   2ACPRI-03-Z-998