1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   REBECCA A. HULL  Bar No. 99802
2  CARI A. COHORN  Bar No. 249056
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5
   Attorneys for Defendant Deloitte and Touch USA LLP Plan;
6  and Real Party in Interest Metropolitan Life Insurance Company

7

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10

11 | BUD MINTON,                          | CASE NO. C08-01941 CW
12 |     Plaintiff,                       |
13 |                                      | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**
14 | v.                                   |
15 | DELOITTE AND TOUCHE USA LLP PLAN,    |
16 |     Defendant.                       |
17 | METROPOLITAN LIFE INSURANCE COMPANY, |
18 |     Real Party in Interest.          |

19        Pursuant to Northern District Local Rule 6-1(a), Plaintiff Bud Minton and Defendant

20 Deloitte and Touche USA LLP Plan ("defendant") and Metropolitan Life Insurance Company

21 ("real party in interest"), by and through their attorneys, hereby stipulate and agree to an

22 extension of time for defendant to respond to plaintiff's complaint, and that defendant/real party in

23 interest's responsive pleading will be due on or before May 30, 2008.

24 ///

25 ///

26 ///

27 ///

28 ///

1   There have been no prior extensions of time.

2   IT IS SO AGREED AND STIPULATED.

3   DATED: May 16, 2008         LAW OFFICES OF LAURENCE F. PADWAY

            By: *Costa Nikoloutsopoulos*
                ~~Laurence F. Padway~~
                Attorneys for Plaintiff Bud Minton

8   DATED: May 16, 2008         SEDGWICK, DETERT, MORAN & ARNOLD LLP

            By: /s/ Rebecca A. Hull
                Rebecca A. Hull
                Cari A. Cohorn
                Attorneys for Defendant
                Deloitte and Touch USA LLP Plan;
                and Real Party in Interest Metropolitan Life
                Insurance Company

SF/1510725v1                      -2-                    CASE NO. C08-01941 CW
                               STIPULATION

TOTAL P.02