SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL  Bar No. 99802
CARI A. COHORN  Bar No. 249056
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant Deloitte and Touche USA LLP Plan;
and Real Party in Interest Metropolitan Life Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUD MINTON,<br><br>         Plaintiff,<br><br>    v.<br><br>DELOITTE AND TOUCHE USA LLP PLAN,<br><br>         Defendant.<br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>         Real Party in Interest. | CASE NO. C08-01941 CW<br><br>DEFENDANTS DELOITTE AND TOUCHE USA LLP PLAN'S AND REAL PARTY IN INTEREST METROPOLITAN LIFE INSURANCE COMPANY'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

///

///

///

1.  Metropolitan Life Insurance Company

2.  Deloitte and Touche USA LLP Plan

DATED: May 30, 2008             SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: /s/ Rebecca A. Hull
    Rebecca A. Hull
    Cari A. Cohorn
    Defendant Deloitte and Touche USA LLP Plan;
    and Real Party in Interest Metropolitan Life Insurance
    Company