Laurence F. Padway (SBN 083914)
Costa Nikoloutsopoulos (SBN 248905)
LAW OFFICES OF LAURENCE F. PADWAY
1516 Oak Street, Suite 109
Alameda, CA 94501
Telephone:   (510) 814-6100
Facsimile:   (510) 814-0650

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUD MINTON,<br><br>    Plaintiff,<br><br>vs.<br><br>DELOITTE AND TOUCHE USA LLP PLAN,<br><br>    Defendant, | CASE NO. C08-01941 CW<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**<br><br>**N.D. Civil L.R. 3-16** |
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>    Real Party in Interest. | |

     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 5, 2008          LAW OFFICES OF LAURENCE PADWAY


                                        By: /s/ Laurence F. Padway
                                            Laurence F. Padway
                                            Attorney for Plaintiff