UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

BUD MINTON

CASE NO. C08-01941 CW

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

DELOITTE AND TOUCHE USA LLP PLAN, and METROPOLITAN LIFE INS.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓  have not yet reached an agreement to an ADR process
   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 7/22/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Costa Nikoloutsopoulos | Bud Minton | 510-814-6100 | cnikolou@padway.com |
| Rebecca Hull | Deloitte and Touche Plan, MetLife | 415-781-7900 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 7/2/08                                    /s/ Costa Nikoloutsopoulos
                                                 Attorney for Plaintiff

Dated: 7/2/08                                    /s/ Rebecca Hull
                                                 Attorney for Defendant

Rev 12.05

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."