ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

Writer's Direct Contact:
(415) 522-4205
Tim_Smagacz@cand.uscourts.gov

January 24, 2008

Michael Francis Ram
Levy, Ram & Olson LLP
639 Front Street
4th Floor
San Francisco, CA 94111-1913

Michael Andrew McShane
Audet & Partners LLP
221 Main Street, Suite 1460
SAN FRANCISCO, CA 9410

Donna F Solen
The Mason Law Firm, LLP
1225 19th Street, NW
Suite 500
Washington, DC 20036

Elizabeth I. Rogers
Jonathan Acker Shapiro
Wilmer Cutler Pickering Hale and Dorr LLP
1117 California Ave.
Palo Alto, CA 94304

Re:   C 07-1941 TEH Stickrath, et al. v. Globalstar, Inc.

Dear Counsel:

I am writing to request that you and your clients allow Shengfeng Chen, a student at Hastings College of the Law, to observe the mediation session in the referenced case scheduled for March 7, 2008.

This student is currently taking a course on Mediation at Hastings College of the Law. A requirement of that course is that each student observes a mediation. The student will treat as confidential all communications made during or in connection with the mediation session, in accordance with ADR Local Rule 6-11. Of course, no case-specific information learned by the student will be revealed to the judge or magistrate judge assigned to this case.

**Please confer with your clients in advance of the session and if you have any objections, please advise me at (415) 522-4205 as soon as possible**. If I do not hear from you, I will assume that there are no objections to the student's presence at the session. If you have any questions about this request, please feel free to call me at the number listed above. Thank you for your assistance in this matter.

Sincerely yours,

*Timothy Smagacz*
Timothy Smagacz
ADR Program Administrative Assistant

cc:   Bill Hebert
      Jolynn Jones - Hastings Mediation Observation Project