# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Minton, <br><br> Plaintiff(s), <br><br> v. <br><br> Deloitte and Touche USA LLP Plan, <br><br> Defendant(s). | 08-01941 CW MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**C. Mark Humbert**
Green & Humbert
220 Montgomery Street, Ste. 438
San Francisco, CA 94104
415-837-5433
markh@greenhumbert.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01941 CW MED         - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: August 12, 2008

```
                                    RICHARD W. WIEKING
                                    Clerk
                                    by:    Claudia M. Forehand
```



```
                                    _____
                                    ADR Case Administrator
                                    415-522-2059
                                    Claudia_Forehand@cand.uscourts.gov
```