IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BUD MINTON,

    Plaintiff,

  v.

DELOITTE AND TOUCHE USA LLP PLAN,

    Defendant.
_____/

No. C 08-1941 CW

ORDER REGARDING BRIEFING ON CROSS-MOTIONS FOR JUDGMENT

    In violation of the Court's case management order, Defendant filed two separate briefs in opposition to Plaintiff's motion for judgment and in support of its cross-motion for judgment. Nevertheless, in the interest of prompt resolution of the motion, the Court will not require Defendant to re-file. Plaintiff's opposition to Defendant's cross-motion should be contained in a <u>single</u> brief of up to fifteen pages along with its reply in support of its motion, and must be filed on January 22, 2009. Defendant need not submit a reply in support of its cross-motion, but if it wishes to do so, the reply must be filed by 12:00 p.m. on January 26, 2009 and may not exceed ten pages in length.

    IT IS SO ORDERED.

Dated: 1/16/09

_____
CLAUDIA WILKEN
United States District Judge