1  Laurence F. Padway (SBN 083914)
   Law Offices of Laurence F. Padway
2  1516 Oak Street, Suite 109
   Alameda, California 94501
3  Telephone: (510) 814-6100
   Facsimile: (510) 814-0650
4
   Attorneys for Plaintiff,
5  Bud Minton

6
   Rebecca A. Hull
7  Cari A. Cohorn
   Sedgwick, Detert, Moran & Arnold LLP
8  One Market Plaza
   Steuart Tower, 8th Floor
9  San Francisco, CA 94105
   Phone: (415) 781-7900
10 Fax: (415) 781-2635

11 Attorneys for Deloitte and Touche USA LLP Plan,
   and Metropolitan Life Insurance Company
12

13

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| BUD MINTON, | CASE NO. C08-01941 CW |
| Plaintiff, | STIPULATION AND ORDER TO EXTEND DEADLINES FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT |
| vs. | |
| DELOITTE AND TOUCHE USA LLP PLAN, | |
| Defendant, | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Real Party in Interest. | |

27     Whereas, Plaintiff's opposition to Defendant's cross-motion and its reply in support of its

28 motion was due on January 22, 2009; and

1 | Whereas, counsel for plaintiff has been ill and unable to meet the deadline;

3 | Now, therefore, the parties stipulate to the following briefing schedule and hearing date:

5 | January 27, 2009: Deadline for Plaintiff to file its opposition to Defendant's Cross-Motion for Summary Judgment and reply in support of its motion

8 | February 5, 2009: Defendant's Reply in support of its Cross-Motion

9 | February 19, 2009: Hearing Date

12 | IT IS SO STIPULATED.

13 | DATED: January 27, 2009          /s/ Laurence F. Padway

Laurence F. Padway
Law Offices of Laurence F. Padway
Attorneys for plaintiff

18 | DATED: January 28 , 2009          /s/ Rebecca A. Hull

Rebecca A. Hull
Cari A. Cohorn
Sedgwick, Detert, Moran & Arnold LLP
Attorneys for Deloitte and Touche USA LLP Plan, and Metropolitan Life Insurance Company

25 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

26 |     1/30/09                                   *Claudia Wilken* (signature)

27 | Dated: _____

Hon. Claudia Wilken
United States District Court Judge

-i-